AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**USDC OR Case # 3:22-mj-00123**

United States of America
v.
Lilith Anton Saer (AKA: Drakken Saer)
DOB: 01/06/1992

*Defendant(s)*

Case: 1:22-mj-00147
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date : 06/24/2022
Description: Complaint with Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2021 in the county of ______ in the ______ in the District of Columbia , the defendant(s) violated:

*Code Section* *Offense Description*

18 U.S.C. § 1752(a)(1) and (2) - Enter and Remain with Intent to Impede or Disrupt an Official Proceeding in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct in the Capitol Buildings or Grounds, Parade, Demonstrate, or Picket in any of the Capitol Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.



*Complainant's signature*

Paul Vander Kelen, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/27/2022

Zia M. Faruqui
2022.06.27 20:40:08
-04'00'

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*